USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

KEANA MONROY-GILL, et al.,

                        Plaintiffs,                    17-CV-6743 (SN)

  -against-                                                  **ORDER**

FRESCO NEWS INCORPORATED, et al.,

                        Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A telephone conference is scheduled for Friday, February 14, 2020, at 11:30 a.m. to discuss the motion for class certification and preliminary approval of the settlement. At that time, the Court will call the parties at the conference number provided by the parties.

**SO ORDERED.**

                                                               SARAH NETBURN
                                                              United States Magistrate Judge

DATED:     February 14, 2020
              New York, New York