USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KEANA MONROY-GILL, et al.,

                         **Plaintiffs,**

      -against-

FRESCO NEWS INCORPORATED, et al.,

                         **Defendants.**

-----------------------------------------------------------------X

**17-CV-6743 (SN)**

<u>**ORDER**</u>

**SARAH NETBURN, United States Magistrate Judge:**

     A final fairness hearing is scheduled for Monday, April 27, 2020, at 2:00 p.m. By Friday, April 24, 2020, class counsel is directed to move for final approval of the settlement agreement. In support of the motion for final approval, class counsel may rely on the briefing submitted in connection with its motion for preliminary approval of the settlement agreement and should indicate whether it intends to do so when filing its motion.

     The motion for final approval should include, as an exhibit, a declaration by class counsel indicating: (1) the total number of possible class members; (2) the number of class members who timely opted out; and (3) the number of class members who timely submitted claims. Class counsel should also attach, as separate exhibits, any written objections to the settlement agreement it has received. If class counsel has not received any written objections to the settlement, it should state as much.

**SO ORDERED.**

                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:       April 22, 2020
                 New York, New York