UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**KEANA MONROY-GILL, CHRISTOPHER SCOTT MULLEN, ERIK WASHINGTON, GUSTAVO LEAL, ISMAIL IBRAHIM, KATARINA SCHULZ, ELIZABETH LIZZY FRANCIS, MARIO DUNDAS, OMAR ELFANEK, STEPHEN STRAUB, S. JAMAL STONE, WILLIAM MARTIN III, CENITHIA BILAL, KELSIE BLAZIER, SOLOMON OLORUNTOSI, ROBERT BELPASSO, ASHER VONGTAU,** and **SHAWN MCKIE,** on behalf of themselves and others similarly situated,

Plaintiffs,

v.

**FRESCO NEWS INCORPORATED** d/b/a Fresco,
**JOHN MEYER,** an individual,
**JONATHAN HAMITER,** an individual,
**JEREMY OGOREK,** an individual, and
**MORGAN BOYER,** an individual,

Defendants.

Case No. 1:17-cv-06743

---

### NOTICE OF MOTION FOR FINAL APPROVAL OF SETTLEMENT

Plaintiffs respectfully request that the Court enter an Order or Orders (1) certifying as final the Class described herein; (2) approving as fair and adequate the class-wide settlement of this action, as set forth in the Settlement Agreement; and (3) approve the FLSA settlement.

Plaintiffs submit herewith the following briefs in support of their Motion for Final Approval of the Settlement in this action:

- Memorandum of Law in Support of Plaintiffs' Motion for Final Approval Of The Class Action Settlement and Of The FLSA Settlement;

- Memorandum of Law in Support of Plaintiffs' Motion for an Award of Attorney Fees and Costs; and

ANDERSONDODSON, P.C.
11 Broadway
Suite 615
New York, NY 10004
212.961.7639
www.AndersonDodson.com

- Memorandum of Law in Support of Plaintiffs' Motion for Service Award to the Named Plaintiff

Respectfully submitted, this **15th** day of **May, 2020.**

ANDERSONDODSON, P.C.

*[signature: Penn Dodson]*

**Penn A. Dodson (PD 2244)**
*penn@andersondodson.com*
Attorney for Plaintiffs

11 Broadway
Suite 615
New York, NY 10004
212.961.7639 tel
646.998.8051 fax

**ANDERSONDODSON, P.C.**
11 Broadway
Suite 615
New York, NY 10004
212.961.7639
*www.AndersonDodson.com*

**ANDERSONDODSON, P.C.**
11 Broadway
Suite 615
New York, NY 10004
212.961.7639
www.AndersonDodson.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**KEANA MONROY-GILL, CHRISTOPHER SCOTT MULLEN, ERIK WASHINGTON, GUSTAVO LEAL, ISMAIL IBRAHIM, KATARINA SCHULZ, ELIZABETH LIZZY FRANCIS, MARIO DUNDAS, OMAR ELFANEK, STEPHEN STRAUB, S. JAMAL STONE, WILLIAM MARTIN III, CENITHIA BILAL, KELSIE BLAZIER, SOLOMON OLORUNTOSI, ROBERT BELPASSO, ASHER VONGTAU,** and **SHAWN MCKIE,** on behalf of themselves and others similarly situated,

Plaintiffs,

v.

**FRESCO NEWS INCORPORATED** d/b/a Fresco,
**JOHN MEYER,** an individual,
**JONATHAN HAMITER,** an individual,
**JEREMY OGOREK,** an individual, and
**MORGAN BOYER,** an individual,

Defendants.

Case No. 1:17-cv-06743

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed this Motion For Final Approval with the Clerk of Court using the Court's CM/ECF system, which will ensure delivery to Robert Finkelstein, Esq.

Respectfully submitted, this **15th** day of **May, 2020.**

ANDERSONDODSON, P.C.

*[signature: Penn Dodson]*

**Penn A. Dodson (PD 2244)**
*penn@andersondodson.com*
Attorney for Plaintiffs

11 Broadway, Suite 615
New York, NY 10004
212.961.7639 tel