```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KEANA MONROY-GILL, et al.,

                        Plaintiffs,                17-CV-6743 (SN)

        -against-                                  ORDER GRANTING
                                                   PLAINTIFFS' MOTION FOR
FRESCO NEWS INCORPORATED, et al.,                  FINAL APPROVAL OF CLASS
                                                   ACTION SETTLEMENT
                        Defendants.

-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/2020

**SARAH NETBURN, United States Magistrate Judge:**

On May 15, 2020, Plaintiffs in this action, brought under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, and the New York State Labor Law ("NYLL"), Art. 19 § 650 *et seq.*, moved for final approval of the settlement. ECF No. 102. In particular, Plaintiffs request that the Court (1) certify the final class; (2) approve as fair and adequate the class-wide settlement of this action, as set forth in the Settlement Agreement; and (3) approve the FLSA settlement.

The Court conducted a fairness hearing by telephone on May 22, 2020. For the reasons stated on the record at that hearing, the Court GRANTS Plaintiffs' motion for final approval of the settlement, certifies the final class, and approves both the class-wide and FLSA settlements. The Court also approves the named Plaintiff's service award in the amount of $5,000 and approves Class Counsel's fees and costs in the total amount of $60,333.33.

At Plaintiffs' request, the Court also grants leave to reopen the case within the time provided by the final settlement agreement for the limited purpose of entering a confession of judgment in the case of Defendants' nonpayment.

2

    The action is dismissed with prejudice and the Clerk of Court is respectfully directed to terminate the motion at ECF No. 102 and close the case.

**SO ORDERED.**

                                                               SARAH NETBURN  
                                                               United States Magistrate Judge

DATED:      May 26, 2020  
                New York, New York